UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

Marciano Cruz
  Defendant.

Case Number: CR 11mj71036HRL

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $250 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓] That certain date of 10/15/11 and the SAME DAY each month thereafter;

[ ] The first day of _____ and the FIRST DAY of each month thereafter;

[ ] MAIL TO: Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

FILED
SEP 29 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____;

[ ] MAIL TO: Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 9/29/2011

Howard R. Lloyd
U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72